## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 12, 2014

_____

### DOCKET CORRECTION NOTICE
_____

No.  14-4192 (L), US v. Thaddeus V. Peralta
            2:12-cr-00192-MSD-TEM-1

TO:    Nicholas David Renninger
       Melinda Ruth Glaubke

TRANSCRIPT ORDER DUE:  May 15, 2014

Please make the corrections identified below and file a corrected transcript order by the due date indicated using the **Corrected CJA 24 Authorization form** entry.

 [ x ] Please file corrected CJA 24 forms to include completion of Section 14 (Special Authorizations) identifying the proceedings requested for each defendant.

Donna Lett, Deputy Clerk
804-916-2704